FILED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO:

V.

Pearl Harbor, December 7, 1941;
Arizona Memorial Visitor Center; Ford Island; Kilo Pier; USS Oklahoma;
The Honolulu Advertiser; Wheeler Army field,
Defendants

CV 08 00383 MJJ (PR)

E-filing

## Complaint

False Claims Act / qui-tam / TRO Temporary Restraining Order

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, under the False Claims Act, I'm personally offended that the Govt. Exploits Pearl Harbor to solicit americans funds, but Pearl Harbor has been sneak attacking me at FCI Williamsburg. I'm in solitary confinement that is violating my 8th amendment rights. I fear that Defendants are using a radar and plan to Bomb me with WWII airplanes, and use veterans to storm my cell and make me Eat rotten food. My hot water is shut off, I get head pains, Voices threaten me everyday. I seek a restraining order against my everyday Abuse, My 6th amendment rights are being violated, I'm sentenced to Fraud loses not in my indictment.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Jonathan Lee Riches©